**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**

JUL 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                            INDICTMENT NO. 6:26-cr-096

BRIAN C. HAMILTON

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about March 9, 2026, in Knox County, in the Eastern District of Kentucky,

**BRIAN C. HAMILTON**

did knowingly and intentionally possess with intent to distribute a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance,

in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about June 26, 2026, in Knox County, in the Eastern District of Kentucky,

**BRIAN C. HAMILTON**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL



FOREPERSON

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

ANDREW H. TRIMBLE
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 2:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.